UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JACOB SQUIBB,

    Petitioner,

  v.

BELINDA STEWART,

    Respondent.

Case No. C06-5682RJB

ORDER GRANTING AN EXTENSION OF TIME

    This habeas corpus petition has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636 (b)(1)(B) and Local Magistrates' Rules MJR 3 and MJR 4.  Petitioner seeks federal habeas corpus relief pursuant to 28 U.S.C. § 2254.

    Respondent has filed a motion asking for an extension of time to answer until March 8, 2007 (Dkt. # 10).  Counsel explains that files ordered from the Washington State Court of Appeals have not arrived.  The motion is **GRANTED**.

    The clerk is directed to send a copy of this order to petitioner and counsel for respondent.

    DATED this 22 day of February, 2007.

                                  */S/ J. Kelley Arnold*
                                  J. Kelley Arnold
                                  United States Magistrate Judge

ORDER