UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JACOB SQUIBB,

    Petitioner,

v.

BELINDA STEWART,

    Respondent.

Case No. C06-5682RJB

ORDER TO SEAL DOCKET ENTRY 13 AND THE EXHIBITS TO THAT DOCKET ENTRY

    This matter comes before the Court *sua sponte*. The respondent has filed a motion to dismiss with numerous attached exhibits. Some of the exhibits contain private and personal information, the identity of the victims of sex crimes.

    In order to restrict access to the private and confidential information that has already made its way into the record in an expeditious manner, the Clerk of Court is hereby directed to seal (Dkt. # 13). Counsel for respondent is instructed to redact the names of victims of sex crimes from the exhibits, including Judgments and Sentences and briefs filed in state court, in the future, and to share this order with other the Assistant Attorney Generals who routinely file answers to habeas cases. The parties shall make every effort to avoid such public disclosures of confidential information in the future.

    DATED this 4 day of April, 2007.

                                             */S/ J. Kelley Arnold*
                                             J. Kelley Arnold
                                             United States Magistrate Judge

ORDER TO SEAL- 1