UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JACOB SQUIBB,

    Petitioner,

    v.

BELINDA STEWART,

    Respondent.

Case No. C06-5682RJB

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court having reviewed the Report and Recommendation (Dkt. 14) of the Hon. J. Kelley Arnold United States Magistrate Judge, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

(1)    The Court adopts the Report and Recommendation;

(2)    The petition is **DISMISSED WITH PREJUDICE** as time barred;

(3)    The clerk is directed to send copies of this Order to Petitioner, counsel for Respondent, and to the Hon. J. Kelley Arnold.

DATED this 30th day of April, 2007.

                                                                                                           */s/ Robert J. Bryan*
                                                                                                         ROBERT J. BRYAN
                                                                                                         United States District Judge

ORDER -1