# United States District Court

WESTERN DISTRICT OF WASHINGTON

JACOB SQUIBB                                         JUDGMENT IN A CIVIL CASE

       v.

BELINDA STEWART                              CASE NUMBER: C06-5682RJB

☐    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

The court adopts the Report and Recommendation. This petition is DISMISSED WITH PREJUDICE as time barred.

May 9, 2007                                                   BRUCE RIFKIN
                                                                           Clerk

                                                                           /s/Dara L. Kaleel
                                                                           By Dara L. Kaleel, Deputy Clerk